UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DEAN DAWSON,<br><br>        Petitioner,<br><br>   vs.<br><br>AVENAL STATE PRISON,<br><br>        Respondent. | 1:09-cv-00358-SMS (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated: April 8, 2009**           /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE